AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| LA SANDWICHERIE GROUP LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| *Plaintiff(s)* |  |  |
| v. |  | Civil Action No.    26-cv-24624-Williams |
| SETT60 LLC, ET AL. |  |  |
| *Defendant(s)* |  |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SETT60 LLC
C/O Rachid Zerouki, REGISTERED AGENT
34 SW 8th Street,
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID K. FRIEDLAND
FRIEDLAND VINING, P.A.
6619 South Dixie Highway PMB 157
MIAMI, FL 33143
305.777.1725
DKF@FRIEDLANDVINING.COM
COURT@FRIEDLANDVINING.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Date:    Jul 6, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| LA SANDWICHERIE GROUP LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.    26-cv-24624-Williams |
| SETT60 LLC, ET AL. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rachid Zerouki, an Individual
34 SW 8th Street,
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    DAVID K. FRIEDLAND
FRIEDLAND VINING, P.A.
6619 South Dixie Highway PMB 157
MIAMI, FL 33143
305.777.1725
DKF@FRIEDLANDVINING.COM
COURT@FRIEDLANDVINING.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jul 6, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LA SANDWICHERIE GROUP LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.   26-cv-24624-Williams |
| SETT60 LLC, ET AL. | ) ) | |
| | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Myriam Acimi, an Individual
34 SW 8th Street,
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVID K. FRIEDLAND
FRIEDLAND VINING, P.A.
6619 South Dixie Highway PMB 157
MIAMI, FL 33143
305.777.1725
DKF@FRIEDLANDVINING.COM
COURT@FRIEDLANDVINING.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 6, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court